# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

March 12, 2024

*Via ECF and Email*

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
    United States Courthouse
40 Foley Square
New York, NY 10007

Application granted. The sentence is adjourned to April 19, 2024 at 10:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 12, 2024

Re: *United States v. Kaylen Rainey*, 22 CR 91 (RA) – Request to Reschedule Sentencing

Dear Judge Abrams:

    I represent Kaylen Rainey. I am writing to request that the Court reschedule Mr. Rainey's sentencing, which is scheduled for April 16, 2024 at 11:00 a.m., to April 19, 2024. During the month of April, I will be first chair in a trial in the Eastern District of New York, *U.S. v. Anthony Kennedy*, 20 CR 239 (BMC). Judge Cogan's trial days are Monday through Thursday; Fridays are off days. Accordingly, I respectfully request that the Court reschedule Mr. Rainey's sentencing to Friday, April 19, 2024.

    Thank you for your consideration of this request.

Respectfully submitted,

Zachary S. Taylor

cc:    Micah F. Fergenson, Esq.
       Michael R. Herman, Esq.
           Assistant United States Attorneys