UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KAYLEN RAINEY,<br><br>                Defendant. | No. 22-CR-91<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On consent of the parties, Defendant shall be released, pending a home inspection conducted by Pretrial Services, on the following conditions:

- Reside in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which is located in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
- Home detention enforced by electronic monitoring.
- Supervision by pretrial services in the ▮▮▮▮.
- $250,000 personal recognizance bond, which shall be filed under seal, cosigned by 4 financially responsible persons. Defendant shall have 10 days, upon release, to satisfy this condition.
- ▮▮▮▮▮▮▮▮▮▮ (one of the co-signers) as third-party custodian.
- Travel restricted to WDNY, NDNY, SDNY, and EDNY, to the extent travel is permitted by pretrial services and consistent with the home detention condition.
- May not possess any firearms or destructive devices.
- May not have contact with any co-defendants.
- Must seek employment.
- Drug testing and treatment as directed by pretrial services.

2

- Defendant shall continue cooperation with the Government.

SO ORDERED.

Dated: June 7, 2024
New York, New York

_____
Ronnie Abrams
United States District Judge