# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

January 27, 2025

*By ECF and Email*

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
    United States Courthouse
40 Foley Square
New York, NY 10007

The sentencing is scheduled for March 17, 2025 at 11:30 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 28, 2025

Re: *United States v. Kaylen Rainey*, 22 CR 91 (RA) – Request to schedule sentencing date

Dear Judge Abrams:

    I represent Kaylen Rainey. I am writing on behalf of the parties to respectfully request that the Court schedule a sentencing date for Mr. Rainey during the week of March 17, 2025. Please note, however, that I am not available on March 21, 2025 because that is my CJA duty day in E.D.N.Y.

    Thank you for your attention.

Respectfully submitted,

Zachary S. Taylor

cc:    Micah F. Fergenson, Esq.
       Michael R. Herman, Esq.
           Assistant United States Attorneys